**Order entered November 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00741-CV

### IN RE JOHN CREUZOT, DISTRICT ATTORNEY, Relator

**Original Proceeding from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-21-00754**

### ORDER
Before Justices Osborne, Pedersen, III, and Goldstein

In accordance with the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the juvenile court to vacate its August 20, 2021 injunctive order and dismiss the proceeding for want of jurisdiction. We further **ORDER** the juvenile court to file with this Court **within thirty (30) days of the date of this order**, a certified copy of the order issued in compliance with this order. Should the juvenile court fail to comply with this order, the writ will issue.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE